1   James F. Basile (SBN 228965)
    james.basile@kirkland.com
2   Elizabeth L. Deeley (SBN 230798)
    elizabeth.deeley@kirkland.com
3   KIRKLAND & ELLIS LLP
    555 California Street
4   San Francisco, California  94104
    Telephone: (415) 439-1400
5   Facsimile: (415) 439-1500

6   Attorneys for Defendants
    FACEBOOK, INC., MARK ZUCKERBERG, DAVID A.
7   EBERSMAN, DAVID M. SPILLANE, MARC L.
    ANDREESSEN, ERSKINE B. BOWLES, JAMES W.
8   BREYER, DONALD E. GRAHAM, REED HASTINGS
    and PETER A. THIEL

9

10                          UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13   DARRYL LAZAR, Individually and On Behalf of        CASE NO. 12-CV-3199 (MMC)
     All Others Similarly Situated,
14                                                      CLASS ACTION
                    Plaintiff,
15                                                      STIPULATION REGARDING
           v.                                           SCHEDULING  AND ORDER THEREON
16
     FACEBOOK, INC., MARK ZUCKERBERG,                   DATE:   August 3, 2012
17   DAVID A. EBERSMAN, DAVID M. SPILLANE,              TIME:   9:00 a.m.
     MARC L. ANDREESSEN, ERSKINE B.                     JUDGE: The Hon. Maxine M. Chesney
18   BOWLES, JAMES W. BREYER, DONALD E.                 CTRM: 7, 19th Floor
     GRAHAM, REED HASTINGS, PETER A. THIEL,
19   MORGAN STANLEY & CO. LLC, J.P. MORGAN
     SECURITIES LLC, GOLDMAN, SACHS & CO.,
20   MERRILL LYNCH, PIERCE, FENNER & SMITH
     INCORPORATED, BARCLAYS CAPITAL INC.,
21   ALLEN & COMPANY LLC, CITIGROUP
     GLOBAL MARKETS INC., CREDIT SUISSE
22   SECURITIES (USA) LLC, DEUTSCHE BANK
     SECURITIES INC., RBC CAPITAL MARKETS,
23   LLC, BLAYLOCK ROBERT VAN LLC, BMO
     CAPITAL MARKETS CORP., C.L. KING &
24   ASSOCIATES, INC., CABRERA CAPITAL
     MARKETS, LLC, CASTLEOAK SECURITIES,
25   L.P., COWEN AND COMPANY, LLC., E*TRADE
     SECURITIES LLC, ITAÚ BBA USA
26   SECURITIES, INC., LAZARD CAPITAL
     MARKETS LLC, LEBENTHAL & CO., LLC,
27   LOOP CAPITAL MARKETS LLC, M.R. BEAL &
     COMPANY, MACQUARIE CAPITAL (USA)
28   INC., MURIEL SIEBERT & CO., INC.,

1  OPPENHEIMER & CO. INC., PACIFIC CREST
   SECURITIES LLC, PIPER JAFFRAY & CO.,
2  RAYMOND JAMES & ASSOCIATES, INC.,
   SAMUEL A. RAMIREZ & COMPANY, INC.,
3  STIFEL, NICOLAUS & COMPANY,
   INCORPORATED, THE WILLIAMS CAPITAL
4  GROUP, L.P., and WILLIAM BLAIR &
   COMPANY, L.L.C.,
5
                    Defendants.
6

7          WHEREAS, on June 20, 2012, certain defendants removed the following actions from the

8  Superior Court for the State of California for the County of San Mateo to the United States District

9  Court for the Northern District of California (the "Removed Actions"):[1]

10         *Lapin v. Facebook, Inc., et al.,* Case No. 12-cv-3195-MMC, San Mateo County
           Superior Court, No. CIV-514240;
11
12         *DeMois v. Facebook, Inc., et al*., Case No. 12-cv-3196-MMC, San Mateo County
           Superior Court, No. CIV514163;
13
           *Lazar v. Facebook, Inc., et al.,* Case No. 12-cv-3199-MMC, San Mateo County
14         Superior Court, No. CIV 514065;

15         *Shierry v. Facebook, Inc., et al.,* Case No. 12-cv-3200-MMC, San Mateo County
           Superior Court, No. CIV-514172;
16
17         *Cuker v. Facebook, Inc., et al.,* Case No. 12-cv-3201-MMC, San Mateo County
           Superior Court No. CIV 514238;
18
           *Lieber v. Facebook, Inc., et al.,* Case No. 12-cv-3202-MMC, San Mateo County
19         Superior Court No. CIV-514193; and

20         *Stokes v. Facebook, Inc., et al.,* Case No. 12-cv-3203-MMC, San Mateo County
21         Superior Court, No. CIV514107;

22         WHEREAS, prior to the removal to the United States District Court for the Northern District

23  of California, the Removed Actions were consolidated by order of the Honorable Beth L. Freeman,

24  Presiding Judge of the Superior Court of the State of California for the County of San Mateo and co-

25  lead counsel for the Removed Actions were appointed by Order of the Honorable Marie S. Weiner,

26  ────────────────────
    [1] Two other actions that were removed, *Pilgram v. Facebook, Inc., et al.,* Case No. 12-cv-3197-
27  MMC, San Mateo County Superior Court, No. CIV-514111 and *Alfonso v. Facebook, Inc., et al.,*
    Case No. 12-cv-3198-MMC, San Mateo County Superior Court, No. CIV-514171, have since been
28  voluntarily dismissed and marked closed on this Court's docket.  Accordingly, the parties are not
    including these actions in the stipulation.

1    Complex Civil Litigation Judge of the Superior Court of the State of California for the County of

2    San Mateo;

3             WHEREAS, on June 21, 2012 and June 22, 2012, plaintiffs filed motions to remand each of

4    the Removed Actions to the Superior Court for the State of California for the County of San Mateo;

5             WHEREAS, on June 21, 2012, motions to stay each of the Removed Actions were filed on

6    behalf of defendants;

7             WHEREAS, on June 29, 2012, the Removed Actions were deemed related to actions pending

8    before this Court and were subsequently transferred to this Court;

9             WHEREAS, pursuant to the order reassigning each of the Removed Actions to this Court, all

10   hearing dates on outstanding motions were vacated and the parties were ordered to re-notice said

11   hearings;

12            WHEREAS, the Court's ECF filing system was inoperable and the parties were unable to re-

13   notice these hearings by electronic filings on Thursday, June 28, 2012 or Friday, June 29, 2012;

14            WHEREAS, the re-notice of the motions to stay on behalf of defendants were physically

15   filed on June 29, 2012 and were accepted by the Court;

16            WHEREAS, plaintiffs' counsel, after  contacting the Clerk's office when the ECF filing

17   system was inoperable and being advised that a physically refiled motion would be rejected because

18   these actions are designated for electronic filing only, and, therefore, plaintiffs physically filed their

19   re-noticed motions to remand on the next business day, Monday, July 2, 2012;

20            WHEREAS, the parties hereto agree that in the interest of judicial economy, plaintiffs'

21   motions to remand the Removed Actions and motions on behalf of defendants to stay the Removed

22   Actions should be briefed and heard on the same schedule; and

23            WHEREAS, the parties hereto wish to have the motions to stay and the motions to remand

24   the Removed Actions heard on the same date, that date being August 10, 2012.

25            NOW THEREFORE THE PARTIES STIPULATE AND AGREE that:

26            All briefing in response to either the motions to remand the Removed Actions or the Motions

27   to Stay the Removed Actions should be served on the parties and filed with the Court no later than

28   July 10, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief;

1    All reply briefs in support of the motions to remand the Removed Actions or the motions to

2  stay the Removed Actions should be served on the parties and filed with the Court no later than July

3  18, 2012; plaintiffs shall file a single brief and defendants shall collectively file a single brief; and

4    In each of the Removed Actions, the parties will file amended notices of the motions to

5  remand and amended notices of the motions to stay setting August 10, 2012 at 9:00 A.M. as the

6  hearing date for said motions.

7  Dated July 3, 2012                **KIRKLAND & ELLIS LLP**

8                                             */s/ James F. Basile*
9                                        JAMES F. BASILE

10                                     James F. Basile
                                       Elizabeth L. Deeley
11                                     555 California Street, 27th Floor
                                       San Francisco, CA  94104
12                                     Telephone:  (415) 439-1471
                                       Facsimile:  (415) 439-1371
13

14                                     **KIRKLAND & ELLIS LLP**
                                       Andrew B. Clubok
15                                     Brant W. Bishop
                                       601 Lexington Ave.
16                                     New York , NY 10022
                                       Telephone:  (212) 446-4800
17                                     Facsimile:  (212) 446-4900

18
                                       and
19

20                                     **WILLKIE FARR & GALLAGHER LLP**
                                       Richard D. Bernstein
21                                     Tariq Mundiya
                                       Todd G. Cosenza
22                                     787 Seventh Avenue
                                       New York, N.Y. 10019-6099, U.S.A.
23                                     Telephone: (212) 728-8000
                                       Facsimile: (212) 728-8111
24

25                                     *Attorneys for Defendants Facebook, Inc., Mark*
                                       *Zuckerberg, David A. Ebersman, David M.*
26                                     *Spillane, Marc L. Andreessen, Erskine B.*
                                       *Bowles, James W. Breyer, Donald E. Graham,*
27                                     *Reed Hastings, Peter A. Thiel*

28

Dated July 3, 2012                         **BARRACK, RODOS & BACINE**


                                           _/s/ Samuel M. Ward_
                                           SAMUEL M. WARD

                                           STEPHEN R. BASSER
                                           SAMUEL M. WARD
                                           One America Plaza
                                           600 West Broadway, Suite 900
                                           San Diego, CA  92101
                                           Phone: (619) 230-0800
                                           Fax:  (619) 230-1874
                                           Email: sbasser@barrack.com
                                           sward@barrack.com

                                                  and

                                           **BARRACK RODOS & BACINE**
                                           DANIEL E. BACINE
                                           MARK R. ROSEN
                                           BETH T. SELTZER
                                           3300 Two Commerce Square
                                           2001 Market Street
                                           Philadelphia, PA 19103
                                           Phone: (215) 963-0600
                                           Fax: (215) 963-0838
                                           Email: dbacine@barrack.com
                                           mrosen@barrack.com
                                           bseltzer@barrack.com

                                           **GLANCY BINKOW & GOLDBERG LLP**
                                           Lionel Z. Glancy
                                           Michael Goldberg
                                           Robert V. Prongay
                                           Casey E. Sadler
                                           1925 Century Park East, Suite 2100
                                           Los Angeles, CA 90067
                                           Tel: (310) 201-9150
                                           Fax: (310) 201-9160
                                           Email: info@glancylaw.com

                                           _Co- Lead Counsel in the San Mateo County Supreme_
                                           _Court Actions and Counsel for Plaintiffs Darryl Lazar,_
                                           _Vernon R. DeMois, Jr., Edward J. Shierry, Karen_
                                           _Cuker, Brian Gralnick and Harvey Lapin_

1
2
3
4
5

**STRAUSS TROY CO., LPA**
Richard S. Wayne
Joseph J. Braun
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
Tel: (513) 621-2120
Fax: (513) 629-9426

6

*Counsel for Plaintiff Vernon R. DeMois, Jr.,*

7
8
9
10
11
12

**AHDOOT & WOLFSON, P.C.**
Robert Ahdoot
Tina Wolfson
Theodore Maya
Bradley King
10850 Wilshire Boulevard, Suite 370
Los Angeles, CA 90024
Tel: 310-474-9111
Fax: 310-474-8585

13

*Counsel for Plaintiff Jennifer Stokes*

14
15
16
17
18
19

**INITIATIVE LEGAL GROUP APC**
Jordan L. Lurie
Raul Perez
Andrew Sokolowski
Sue Kim
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556 - 5637
Facsimile: (310) 861 -9051

20

and

21
22
23

Jack Zwick
100 Church Street, Suite 850
New York, N.Y. 10007
Telephone: (212) 385 - 1900
Facsimile: (212) 385 - 1911

24
25

*Counsel for Plaintiff Michael Lieber*

26
27
28

| | |
|---|---|
| 1 | Dated July 3, 2012 |

**DAVIS POLK & WARDWELL LLP**

_/s/ Neal A. Potischman_
NEAL A. POTISCHMAN

Neal A. Potischman
Samantha H. Knox
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

**DAVIS POLK & WARDWELL LLP**
James P. Rouhandeh
Charles S. Duggan
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

_Attorneys for Defendants Morgan Stanley &_
_Co. LLC, J.P. Morgan Securities LLC, and Goldman,_
_Sachs & Co., for themselves and on behalf of the_
_underwriter defendants_

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: July 6, 2012

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE