IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Darryl Lazar,                                    **CASE NO.** 12-cv-03199

              Plaintiff,                         ~~(Proposed)~~
                                                 **ORDER GRANTING APPLICATION**
       v.                                        **FOR ADMISSION OF ATTORNEY**
                                                 ***PRO HAC VICE***
Facebook, Inc., et al.,

              Defendant.
_____/

Richard D. Bernstein                          , whose business address and telephone number is

Willkie Farr & Gallagher LLP
1875 K St. NW, Washington, DC 20006
(202) 303-1000

and who is an active member in good standing of the bar of  the District of Columbia

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Facebook and indiv. defendants.

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  July 13, 2012

                                          Hon. Maxine M. Chesney
                                          United States  District      Judge